# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARY U. MURRAY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-0438 |
| | § | |
| MICHAEL J, ASTRUE, | § | |
| Commissioner of the Social Security | § | |
| Administration, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION AND REMANDING CASE

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on March 6, 2007 and has made a *de novo* determination of the Magistrate Judge's recommended disposition. Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989). This court finds that the Memorandum and Recommendation should be, and is, adopted as this court's Memorandum and Order. Accordingly, the motion for summary judgment filed by the plaintiff, Mary Murray, is granted and the motion for summary judgment filed by the defendant Social Security Commissioner is denied.

The plaintiff's claim is remanded to the Administrative Law Judge for further development of the record on the severity of the plaintiff's physical and mental impairments, including evidence from examining doctors as to the nature and extent of the plaintiff's

limitations and evidence as to their effect on her ability to perform substantial gainful activity.

        SIGNED on March 19, 2007, at Houston, Texas.

                                            Lee H. Rosenthal
                                    United States District Judge